IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TIMOTHY WADE JACKSON,                                                                                    PLAINTIFF

v.                    Civil No. 4:22-CV-04117-SOH-BAB

CONNIE MITCHELL, Deputy Prosecuting Attorney; JAMES ROSS,
Probation Officer; JAMES HEATH, Probation/Parole Officer;
And LOUIS WHITE, Area 12 Assistant Manager,                                                DEFENDANTS.

## ORDER

This matter is before the Court on *pro se* Plaintiff Timothy Wade Jackson's application to proceed *in forma pauperis* (IFP). (ECF No. 24).   This Court previously reviewed Plaintiff's civil rights complaint pursuant to 28 U.S.C. § 1915A(a).   Upon that review, this Court recommended that the complaint be dismissed for failure to state a claim as a matter of law. (ECF No. 8); *see* 28 U.S.C. § 1915A(b)(1).   The Honorable Susan O. Hickey, Chief United States District Judge, adopted this recommendation and dismissed Plaintiff's complaint without prejudice. (ECF No. 14).   Plaintiff filed a notice of appeal of this Order to the United States Court of Appeals for the Eighth Circuit. (ECF No. 15).   The Eighth Circuit subsequently issued an Order dismissing the appeal for lack of jurisdiction. (ECF No. 23).   Since that time, Plaintiff submitted an application to proceed IFP. (ECF No. 24). This motion has been referred to the undersigned for consideration.

Because the Eighth Circuit has already dismissed Plaintiff's appeal for lack of jurisdiction, Plaintiff's IFP application is hereby **DENIED as MOOT**.

**IT IS SO ORDERED.**

**DATED** this 27th day of April 2023.

*/s/ Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE